# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY R. WILLIAMS and TONIA WILLIAMS, H/W, <br><br> *Plaintiffs,* <br><br> v. <br><br> TAKEDA PHARMACEUTICALS AMERICA, INC., *et al.*, <br><br> *Defendants.* | CIVIL ACTION <br> NO. 18-4774 |

## ORDER

**AND NOW**, this 26th day of June, 2019, upon consideration of Defendants' Motion to Dismiss for Lack of Personal Jurisdiction, (ECF No. 4), Plaintiffs' Response, (ECF No. 7), Defendants' Reply, (ECF No. 10), and Plaintiffs' Sur-Reply, (ECF No. 15), it is hereby **ORDERED** that:

1. The Motion is **GRANTED** with respect to Takeda Pharmaceuticals Company, Ltd. and

2. The Motion is **DENIED** with respect to Takeda Pharmaceuticals America, Inc. and Takeda Pharmaceuticals U.S.A., Inc.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.